DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLTON PLACE CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**MARY BETH VILLANI,**
Appellee.

No. 4D2024-1114

[November 12, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2022-CC-010346-XXXX-MB.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for appellant.

Joshua A. Payne and William H. Pincus of Pincus & Currier LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.* *See* Amended Declaration of Condominium of Carlton Place, A Condominium (2006) § 17.4 ("In any proceeding arising because of an alleged . . . act . . . or violation by the Unit Owner or Association . . . the Association [] shall be entitled to recover the costs of the proceeding, including reasonable attorneys' fees."); § 57.105(7), Fla. Stat. (2022) ("If a contract contains a provision allowing attorney's fees to a party when he or she is required to take any action to enforce the contract, the court may also allow reasonable attorney's fees to the other party when that party prevails in any action, whether as plaintiff or defendant, with respect to the contract.").

CIKLIN, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***